# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James R. Bailey

Plaintiff

v.

Marty C. Anderson

Defendants

Case No. Civil 01-604 PAM/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's motion for order to allowing the Petitioner to proceed IFP is denied. Petitioner's motion for release pending review of habeas corpus petition is denied. Petitioner's motion to take judicial notice of an inaccuracy in the record is denied as moot. Petitioner's application for habeas corpus relief is summarily dismissed.

DATE: June 14, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk